```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
              -v-                                                 :    22-CR-140 (PAE)
                                                                  :
JONATHAN AARON FORD,                                              :    SCHEDULING ORDER
                                                                  :
                                                                  :
                     Defendant.                                   :
                                                                  :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **March 8, 2022** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: March 7, 2022
       New York, New York

PAUL A. ENGELMAYER
United States District Judge